| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 4:09CR00242 JCH |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:13-00187-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Prosper, Joanne<br>1316 Tulip Grove Road<br>Hermitage, TN 37126 | Eastern District of Missouri | Saint Louis |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Jean C. Hamilton | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/08/2012    TO 06/07/2014 |

OFFENSE
Knowingly and Willfully Traveling in Interstate Commerce with the Intent to Promote and Facilitate the Distribution of Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Eastern_____ DISTRICT OF _____Missouri_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Middle District of Tennessee  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_6/27/12_
*Date*       *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Middle_____ DISTRICT OF _____Tennessee_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_10-8-13_
*Effective Date*      *United States District Judge*